UNITED STATES, Appellee

v

ANTHONY D. ASTOR, Private,
U. S. Marine Corps, Appellant

18 USCMA 590, 40 CMR 302

No. 22,247

September 19, 1969

*Captain Jeffery W. Maurer,* USMC, was on the pleadings for Appellant, Accused.

*Lieutenant Anthony A. Derezinski,* JAGC, USNR, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The president's inquiry into the providency of accused's plea of guilty to absence without leave, in violation of Article 86, Uniform Code of Military Justice, 10 USC § 886, does not include an itemizing of the essential elements of this offense. The procedure followed in this case would not meet the standard that must apply to cases tried thirty days after the decision in United States v Care, 18 USCMA 535, 40 CMR 247. However, Astor's own statement that defense counsel had explained each element and his later acknowledgment in mitigation that he had been absent without leave because of foot problems satisfy us that his plea of guilty was provident.

Accordingly, the decision of the board of review is affirmed.

Chief Judge QUINN and Judge FERGUSON concur.